**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| KATHLEEN CAPUTO, *et al.*, on behalf of themselves and all similarly situated individuals, | : : : | Case No. 4:23-cv-00265 |
| Plaintiffs, | : : | Judge Sara Lioi |
| v. | : : | |
| MVI, INC. 401(k) PLAN, *et al.*, | : : | Magistrate Judge Amanda M. Knapp |
| Defendants. | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 2, 2023 Minute Order (ECF No. 29), Plaintiffs Kathleen Caputo and Natalie Romeo ("Plaintiffs") and Defendants MVI, Inc., MVI Home Care, Inc., MVI, Inc. 401(k) Plan, and Kevin McGuire ("Defendants") (Plaintiffs and Defendants will hereinafter be collectively referred to as the "Parties") submit the following joint status report in the wake of their meet and confer discussion as to the Motion for Prejudgment Attachment pending before the Court:

1. The Parties agree to be bound by a Proposed Order (attached as **Exhibit A**), pending Court approval;

2. The Parties agree that the Proposed Order will govern the performance of the relief sought in the Plaintiffs' Motion for Prejudgment Attachment but that the Proposed Order does not resolve the substance of Plaintiffs' pending claims against the Defendants in the Complaint or preclude the Defendants from defending against those claims or raising any defenses thereto;

3. The Parties agree that, under the Proposed Order, the Order of Prejudgment Attachment shall ensure that Plaintiffs are to receive any proceeds under the Winding Down Agreement—an agreement entered into between Defendants and non-party Famers National Bank of Canfield—ahead of Defendant Kevin McGuire to a certain sum should they prevail in their claims, a certain sum which is calculated as follows:

    a. Plaintiffs may either receive (i) "treble damages" under Article II of Section 34a of the Ohio Constitution for their alleged unpaid hours worked calculated as their total amount of unpaid hours worked multiplied by $9.30 (the Ohio minimum wage for 2022) and that product is then multiplied by 200% as "trebled damages;" or (ii) their alleged back bay under the equitable theory of unjust enrichment, whichever is greater. Based on wage records provided by Defendants, this amount equates to $130,927.42.

    b. Plaintiffs' reasonable attorneys' fees, calculated as Plaintiffs' lodestar to date plus an amount reasonably anticipated for the remainder of the litigation, which equates to $65,000.00.

4. The Parties agree that the 401(k) contributions which Defendants initially converted from Plaintiffs' possession has been returned to Plaintiffs' 401(k) accounts, an amount which is $47,130. For the purposes of prejudgment attachment, the amount of proceeds under the Winding Down Agreement that Plaintiffs are entitled to prior to Defendant McGuire recovering any proceeds is the interest of the returned 401(k) amount at the Federal Funds Effective Rate for January 2023, 4.3%. This amount equates to $2,026.59.[1]

---

[1] The total value subject to the Order of prejudgment attachment which shall permit Plaintiffs to receive any proceeds under the Winding Down Agreement ahead of Defendant Kevin McGuire should they prevail in their claims is $197,954.01.

5. The Parties agree that Defendant McGuire has a legal interest in MVI Holdings, LLC, but that he does not stand to monetarily recover through MVI Holdings, LLC should a sale of the property located at 4891 Belmont Avenue, Youngstown, Ohio 44505 occur.

Dated: May 9, 2023                              Respectfully submitted,

*s/ Matthew G. Vansuch by s/ Jacob A. Mikalov*                    *s/ Jacob A. Mikalov*
*per email authorization*                                Robert E. DeRose (OH Bar No. 0055214)
Matthew G. Vansuch (0079328)              Jacob A. Mikalov (OH Bar No. 0102121)
**BROUSE MCDOWELL LPA**                         **BARKAN MEIZLISH DEROSE COX, LLP**
6550 Seville Dr., Suite B                              4200 Regent Street, Suite 210
Canfield, OH 44406                                     Columbus, OH 43219
Tel. (330) 533-6195                                     Phone: (614) 221-4221
Fax (330) 533-6198                                     Facsimile: (614) 744-2300
                                                                 bderose@barkanmeizlish.com
*Attorney for Defendants*                           jmikalov@barkanmeizlish.com

                                                                 *s/ Joseph J. Guarino IIII*
                                                                 Joseph J. Guarino III (OH Bar No. 0079260)
                                                                 **MANGANO LAW OFFICES CO., L.P.A.**
                                                                 2460 Fairmount Blvd., Suite 314
                                                                 Cleveland, OH 44106
                                                                 Phone: (216) 397-5844
                                                                 Facsimile: (216) 397-5845
                                                                 jguarino@bmanganolaw.com

                                                                 *Attorney for Plaintiffs and the*
                                                                 *Putative Class Members*